IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUFFALO FIELD CAMPAIGN, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:16-cv-1909 CRC<br>)<br>) |
| RYAN ZINKE, *et al.*, | )<br>) |
| Defendants. | )<br>) |

**JOINT STIPULATION TO RESOLVE PLAINTIFFS'
MOTION FOR ATTORNEYS' FEES AND [PROPOSED] ORDER**

On September 26, 2016, Buffalo Field Campaign, Western Watersheds Project, and Friends of Animals (collectively, Plaintiffs) filed this lawsuit against Ryan Zinke, in his official capacity as Secretary of the Interior, the Director of the U.S. Fish and Wildlife Service (FWS), and FWS (collectively, Federal Defendants) challenging FWS's 90-day finding that the petitions to list the Yellowstone bison under the Endangered Species Act did not provide substantial scientific or commercial information indicating that the petitioned action may be warranted, 81 Fed. Reg. 1368 (Jan. 12, 2016). ECF No. 1. On January 31, 2018, this Court issued an Order granting Plaintiffs' Motion for Summary Judgment and denying Federal Defendants' Cross-Motion for Summary Judgment. ECF No. 26. On June 27, 2018, the D.C. Circuit Court of Appeals granted Federal Defendants' motion for voluntary dismissal of their appeal and issued the mandate to this Court. ECF Nos. 30, 31. On July 27, 2018, Plaintiffs filed a motion for attorneys' fees. ECF No. 32. On August 3, 2018, the Court granted the parties' joint motion to

stay briefing on the motion for attorneys' fees. The Court continued that stay on October 1, 2018 and October 31, 2018.

Plaintiffs and Federal Defendants (the Parties) have resolved Plaintiffs' claim for attorneys' fees and hereby agree and stipulate as follows (the Agreement):

1. Federal Defendants shall pay and Plaintiffs shall accept $77,407.35 in full satisfaction of any and all of Plaintiffs' claims, demands, rights, and causes of action, pursuant to Section 11(g) of the ESA, 16 U.S.C. § 1540(g), the Equal Access to Justice Act, 28 U.S.C. § 2412(d), or any other statute and/or common law theory, for attorneys' fees incurred in connection with the Lawsuit through and including the date of this Agreement.

2. Federal Defendants shall make the payment set forth in Paragraph 1 of this Agreement by electronic funds transfer to Plaintiffs' counsel, on behalf of Plaintiffs. No later than ten (10) days following entry of this Stipulation as an order of the Court, Plaintiffs, through their counsel, shall provide counsel for Federal Defendants the following information necessary for Federal Defendants to process the payment set forth in Paragraph 1: the Plaintiffs' names, the payees' names, the payees' address, the payees' bank name and bank address, the payees' bank account name and number, the account type, the bank routing transit number, the ABA number, and the payees' tax identification number. Upon the request of counsel for Federal Defendants, counsel for Plaintiffs shall provide additional information (including the tax identification numbers of Plaintiffs), if needed, to process the payment set forth in Paragraph 1.

3. Federal Defendants shall submit all paperwork necessary to complete the $77,407.35 payment set forth in Paragraph 1 within fourteen (14) business days of receipt of either a signed order from the Court approving this stipulation or receipt of the information described in Paragraph 2, whichever is later. Plaintiffs, through their counsel, shall confirm

receipt of the payment within 7 days of receipt of such payment in writing to counsel for Federal Defendants.

4. Plaintiffs' acceptance of the $77,407.35 payment set forth in Paragraph 1 shall operate as a full release of Plaintiffs' claims for attorneys' fees arising out of the Lawsuit.

5. The Parties agree that this Agreement was negotiated and entered into in good faith and that it constitutes a settlement of claims that were vigorously contested, denied, and disputed by the Parties. This Agreement shall not be offered as evidence in any other judicial proceeding or construed as an admission or concession of any wrongdoing, liability, or any issue of fact or law concerning the claims settled under this Agreement. Except as expressly provided in this Agreement, none of the Parties waives or relinquishes any legal rights, claims, or defenses it may have.

6. By entering into this Agreement, Federal Defendants do not waive any right to contest fees claimed by Plaintiffs, including hourly rates, in any future litigation or continuation of the present action, and Plaintiffs do not waive any right to claim such fees. The undersigned Parties agree and acknowledge that this Agreement as to attorneys' fees has no precedential value and shall not be used as evidence in any other attorneys' fees litigation, except as necessary to enforce the terms of this Stipulation.

7. No provision of this Agreement shall be interpreted as, or constitute, a commitment or requirement that Federal Defendants are obligated to spend funds in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other law or regulation.

8. The terms of this Agreement constitute the entire agreement of the Parties, and all previous understandings, agreements, and communications concerning settlement of Plaintiffs' claims for attorneys' fees incurred in the Lawsuit that occurred prior to the date hereof, whether

express or implied, oral or written, are fully and completely extinguished and superseded by this Agreement. This Agreement may be modified only upon mutual written consent of the Parties and the Court's approval of a joint stipulation to modify this Agreement.

9. The undersigned representatives of Plaintiffs and Federal Defendants certify that they are fully authorized by the Parties they represent to enter into the terms and conditions of this Agreement and to legally bind the Parties to it.

10. The provisions of this Agreement shall apply to and be binding upon each of the Parties including, but not limited to, their officers, directors, servants, employees, successors, and assigns.

11. This Agreement is effective as of the date it is entered by the Court.

For all these reasons, the parties respectfully request that the Court approve the Stipulation, as stated above.

Dated:  November 14, 2018               Respectfully submitted,

                                        */s/ Michael Harris (by permission)*
                                        Michael Ray Harris (DC Bar # CO0049)
                                        Friends of Animals
                                        Wildlife Law Program
                                        7500 E. Arapahoe Rd., Suite 385
                                        Centennial, CO 80112
                                        Tel: 720.949.7791
                                        Fax: 888.236.3303
                                        michaelharris@friendsofanimals.org

                                        *Attorney for Plaintiffs*


                                        JEAN E. WILLIAMS
                                        Deputy Assistant Attorney General
                                        SETH M. BARSKY
                                        Chief
                                        MEREDITH L. FLAX
                                        Assistant Section Chief

        /s/ Frederick H. Turner
FREDERICK H. TURNER
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0641
Fax: (202) 305-0275
Email: frederick.turner@usdoj.gov

*Attorneys for Federal Defendants*